denied. *Mr. Morton Barrows* for petitioner. *Mr. Samuel A. Anderson* for respondent. ▉

No. 878. ST. PAUL BRIDGE & TERMINAL RY. CO. *v.* NATALINO. April 9, 1934. Petition for writ of certiorari to the Supreme Court of Minnesota denied. *Mr. Morton Barrows* for petitioner. *Mr. Samuel A. Anderson* for re-respondent. ▉

No. 690. APARTMENT CORPORATION *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. April 9, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Theodore B. Benson* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *J. P. Jackson* for respondent. ▉

No. 696. STANDARD OIL CO. ET AL. *v.* THOMPSON. April 9, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. George L. Buist* for petitioners. *Mr. Sam M. Wolfe* for respondent. ▉

No. 848. STANDARD OIL CO. *v.* MCLAUGHLIN, COLLECTOR OF INTERNAL REVENUE. April 9, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. F. D. Madison, Alfred Sutro, Felix T. Smith,* and *Claude R. Branch,* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Lucius*